UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICKIE LEE HUNT,**

    **Plaintiff,**

                                                                Civil Action 2:11-cv-00653

**v.**                                                     Judge Algenon L. Marbley

                                                         Magistrate Judge E.A. Preston Deavers

**GARY MOHR,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the May 1, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 41.) The Magistrate Judge recommended that the Court grant in part and deny in part the Motion of Defendants for Judgment on the Pleadings. (ECF No. 29.) The Magistrate Judge specifically recommended that Court allow Plaintiff to proceed on his medical indifference claim involving denial of surgery and dismiss Plaintiff's claim based on interference with his medication.

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 10–11, ECF No. 41.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).

Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly, the Motion of Defendants for Judgment on the Pleadings (ECF No. 29) is **GRANTED IN PART** and **DENIED IN PART** as outlined within the Report and Recommendation.

    **IT IS SO ORDERED.**

    s/Algenon L. Marbley
    **ALGENON L. MARBLEY**
    **UNITED STATES DISTRICT COURT**

**DATED:**  June 15, 2012